In the Matter of the Estate of MARGARET C. WELLS, Deceased.

GURNSEY S. SHEELEY, Appellant; HARRY L. WELLS, as Executor, Respondent.

(Submitted October 1, 1928; decided October 16, 1928.)

*Henry Hirschberg* for appellant.

*Peter Cantline* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.